IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IN RE: CROUNSE                     CIVIL ACTION NO. 1:14-CV-154-SA-DAS

ORDER

Pursuant to a memorandum opinion issued this day, the Floyd Claimants' Motion in Limine to Exclude Expert Testimony [192] is DENIED, and Muscle Shoals Marine Service, Inc.'s ("MSMS") Motion in Limine to Exclude Expert Testimony [195] is DENIED.

SO ORDERED, this 20th day of September, 2016.

                                               /s/Sharion Aycock
                                               UNITED STATES DISTRICT JUDGE