IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IN RE: CROUNSE                     CIVIL ACTION NO. 1:14cv154-SA-DAS

ORDER

Upon advise of counsel that the action has been settled, the Court entered an "Order Dismissing Action by Reason of Settlement" [243]. This Order dismissed the action without prejudice, and the Court retained jurisdiction to vacate the order and reopen the action upon cause shown that settlement had not been completed and/or that further litigation was necessary.

The parties have now advised the Court that settlement has been fully completed. Accordingly, it is appropriate that the matter be dismissed with prejudice. WHEREFORE, it is ordered that the action, including all claims, counterclaims, crossclaims, and amendments thereto, of and against any party to the action, is hereby dismissed, with prejudice. Each party is to bear its own costs associated herewith (if any).

IT IS SO ORDERED this 23rd day of February, 2017.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT JUDGE**